Bronx Park E. Hous. Co. Inc. v Berisha (2025 NY Slip Op 51591(U))

[*1]

Bronx Park E. Hous. Co. Inc. v Berisha

2025 NY Slip Op 51591(U)

Decided on October 10, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on October 10, 2025

SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Tisch, J.P., Perez, Alpert, JJ.

570024/25

Bronx Park East Housing Company Inc., Petitioner-Landlord-Respondent,

against

Fehmi Berisha, Respondent-Tenant-Appellant, and Ramadan Berisha, Hatmone Berisha, Respondents-Tenants, and "John Doe" and "Jane Doe," Respondent-Appellant.

Respondent Fehmi Berisha appeals from an order of the Civil Court of the City of New York, Bronx County (Bryant F. Tovar, J.), dated December 11, 2024, which denied his motion to vacate a default judgment of possession in a holdover summary proceeding.

Per Curiam.

Appeal from order (Bryant F. Tovar, J.), dated December 11, 2024, dismissed, without costs, as moot.

The issues raised on this appeal have been rendered moot, since respondent-appellant Fehmi Berisha voluntarily vacated the apartment premises during the pendency of the appeal (see Branic Intl. Realty Corp. v Pitt, 24 NY3d 1005 [2014]). The circumstances presented do not warrant addressing the issues under an exception to the mootness doctrine (see Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714—715 [1980]).

In any event, were we not dismissing the appeal, we would affirm, since respondent failed to demonstrate a reasonable excuse for his repeated failure to appear in this proceeding and a meritorious defense (see 1032-1034 Lexington Ave., Ltd. v Rogers, 194 AD3d 461, 462 [2021]; Wong v 237 Realty LLC, 81 Misc 3d 137[A], 2023 NY Slip Op 51417[U] [App Term, 1st Dept 2023]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur
Decision Date: October 10, 2025